# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| Priscilla R. Belling, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| | ) 12-3117-CV-S-JTM |
| Carolyn W. Colvin, | ) |
| Defendant. | ) |

## O R D E R

On Thursday, June 27, 2013, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed September 27, 2012, [Doc. 8] and the *Brief For Defendant*, filed December 10, 2012, [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the June 27, 2013 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

  */s/ John T. Maughmer*
  **JOHN T. MAUGHMER**
  **U. S. MAGISTRATE JUDGE**